UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Michael Rech

                Plaintiff(s),

                v.

County of Monroe, et al.

                Defendant(s).

***MEDIATION CERTIFICATION***

17 - cv - 06418

---

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   04/12/2018  .

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/16/2018      *Mediator:* /S/ Jill K. Schultz

***Additional Comments:***