

# Department of Law
*Monroe County, New York*

**Cheryl Dinolfo**
*County Executive*

**Michael E. Davis**
*County Attorney*

February 15, 2019

Michael Rech
5 Hilltop Drive
North Chili, New York 14514

RE: Rech v. Monroe County et. al.
 17-cv-06418
 Index No. E2017-000931

Dear Mr. Rech:

Enclosed please find Defendants' Response to the First Set of Interrogatories and Defendants' Response to Plaintiff's Frist Notice to Produce.  I am still attempting to locate some documents which may be responsive and will provide a supplementary response next week.

Please contact me should you have any questions or concerns.  Thank you.


Very truly yours,

*Michele Romance Crain*

Michele Romance Crain
Senior Deputy County Attorney
Tel. 585.753.1433
Fax. 585.324.1393
mcrain@monroecounty.gov

MRC
ENC.
XC:  Magistrate Judge Payson (without attachments)